**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **BOBBY TATUM, #K69478,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 26-cv-00721-SMY** |
| | ) | |
| **JOHN DOE 1, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**YANDLE, Chief Judge:**

This case was dismissed on July 31, 2026, and judgment entered on August 3, 2026 because Plaintiff did not notify the Court that he wished to pursue this severed case (Docs. 12, 13). On August 12, 2026, Plaintiff filed a document that was docketed as a Notice of Appeal (Doc. 14). However, Plaintiff titled this filing as: "Motion for Reconsiderations of the Court's Orders denying TRO-P-Injunction Doc. No. 11 and Doc. No. 11, 12, or in the alternative I like to appeal the above denial of the/this motion to the United States Court of Appeals for the 7th Circuit[.]"

Pursuant to Federal Rule of Civil Procedure 62.1(a), this Court construes Doc. 14 as a timely filed motion to alter or amend a judgment under Rule 59(e). Where "a timely motion is made for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending," this Court has authority to "(1) defer considering the motion; (2) deny the motion; or (3) state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue." FED. R. CIV. P. 62.1(a).

The motion asserts that the Court made an error of law and fact because Plaintiff's motion for a TRO/preliminary injunction at Doc. 5 (docketed as a Motion for Hearing) contained a timely request to proceed with this action. Plaintiff is correct; the Court failed to discern that request

among the numerous other demands for relief contained in Doc. 5.  Therefore, if the Court of

Appeals were to remand this matter, this Court would grant the motion pursuant to Rule 59(e) due

to the demonstrated manifest error of fact, vacate the judgment, and reopen this case in the District

Court for further proceedings.

The Clerk of Court is **DIRECTED** to transmit this Order to the Clerk of the Court of

Appeals, Seventh Circuit.

**IT IS SO ORDERED.**

**DATED:  August 13, 2026**

**STACI M. YANDLE**
**Chief U.S. District Judge**